■ MARGARET HUMPHREYS, Respondent-Appellant, v SKIVIEW, INC., Appellant-Respondent. [732 NYS2d 395] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stander, J. (Appeals from Order of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Burns and Gorski, JJ.

■ In the Matter of VICTOR C. FORD, JR., Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [732 NYS2d 386] —Proceeding unanimously dismissed without costs as moot (see, Matter of Free v Coombe, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Oneida County, Grow, J.) Present—Green, J. P., Hayes, Wisner, Scudder and Kehoe, JJ.